## THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HAIM NAJJAR, DEFENDANT-APPELLANT.

Argued April 25, 1949—Decided May 9, 1949.

Mr. *Walter G. Winne,* County Prosecutor of Bergen County, argued the cause for the plaintiff-respondent.

Mr. *Joseph Weintraub (Messrs. McGlynn, Weintraub & Stein,* attorneys) argued the cause for the defendant-appellant.

PER CURIAM.　█　The following decisions by this court made since the filing of the opinion below have a bearing upon the subject matter thereof and should be noted. Where the validity of a foreign divorce decree is collaterally attacked, the issue may be determined despite the fact that at the time of the decree neither party was domiciled in this state. *Morrissey v. Morrissey,* 1 *N. J.* 448, 64 *A.* 2d 209. "The basis of jurisdiction to dissolve the matrimonial status is domicile. * * * It is almost a matter of common knowledge that the prevalent 'mail order' Mexican divorce is a nullity." *Tonti v. Chadwick,* 1 *N. J.* 531, 64 *A.* 2d 436.

The judgment appealed from is affirmed for the reasons stated by the Appellate Division as thus supplemented.

*For affirmance*—Chief Justice VANDERILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.